United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO YANEZ MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2756 |
| | § | |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

For the reasons stated in the memorandum opinion and order granting habeas relief (Dkt. 9) and having considered the status report (Dkt. 10) filed by respondents, the Court now enters final judgment in this case.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on August 26, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE